IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-00050-CG |
| | ) | |
| GREGORY BERNARD KYLES, JR. | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for the Preliminary Order of Forfeiture to Become the Final Order of Forfeiture (Doc. 62) for the following property:

**One HS Produkt, Model XDS, .45 Caliber Pistol, Serial Number XS696560**

**Three Rounds .45 Caliber Ammunition**

**One Hi-Point, Model JCP, .40 S&W Caliber Pistol, Serial Number X770182**

**Thirteen Rounds .40 Caliber Ammunition**

**One Norinco, Model SKS 7.62 Caliber Rifle, Serial Number 122028067**

**Twenty Rounds 7.62 Ammunition**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On June 24, 2020, the United States filed a motion for preliminary order of forfeiture for the firearms and ammunition.  In that motion, the

United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Counts Five and Six of the Indictment. On July 2, 2021, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a)(1), 21 U.S.C. § 853(a)(2), 28 U.S.C. § 2461(c) and Fed. R. Cr. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the firearms and ammunition. (Doc. 40, PageID.100-103)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the firearms and ammunition, on the official government website, www.forfeiture.gov, beginning on March 31, 2021 and ending on April 29, 2021. The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the firearms and ammunition became final as to the defendant, Gregory Bernard Kyles, Jr., at the time of sentencing and was made a part of the sentence and included in the judgment. (Doc. 60, PageID.188)

Thus, the United States has met all statutory requirements for the forfeiture of the firearms and ammunition, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the firearms and ammunition are **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Department of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the firearms and ammunition into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the firearms and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Department of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the firearms and ammunition in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 25th day of January 2022.

                         /s/Callie V. S. Granade
                         SENIOR UNITED STATES DISTRICT JUDGE